UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHNSON'S RETAIL OPERATIONS, INC., a Washington Corporation,<br><br>       Plaintiff,<br><br>   v.<br><br>SEARS, ROEBUCK & COMPANY., a Foreign Corporation,<br><br>       Defendant. | Case No. C06-5700 RJB<br><br>ORDER GRANTING DEFENDANT SEARS, ROEBUCK AND CO.'S MOTION TO CONFIRM ARBITRATION AWARD AND ENTER JUDGMENT |

     This matter comes before the Court on motion of Sears, Roebuck & Company (Sears) for confirmation of arbitration award and entry of judgment in the amount of the award and for an award of attorney fees. Dkt. 20. Johnson's Retail Operations, Inc., (Johnson's Retail) responds to the motion, stating it "does not oppose Sears' present motion to confirm the arbitration award and enter judgment based on the award. However, Johnson's Retail disagrees with the arbitrator's Pre-Hearing Order No. 10 and Final Arbitration award and does not waive its future right to appeal from the judgment on the award, including but not limited to any rights it may have to appeal, vacate, or modify the award within 90 days under Title 9 U.S.C. § 10, or RCW 7.04A et seq." Dkt. 21.

ORDER - 1

The Court has considered the motion, response and the record herein and **GRANTS** the motion and enters **FINAL JUDGMENT** as follows:

1. The arbitration award issued in American Arbitration Association Case No. 75-155-Y-00269-07 LGB is hereby confirmed as a judgment of this Court;

2. Defendant Sears, Roebuck and Co. is awarded judgment in the amount of $88,167.36, plus interest at the rate of 12 percent annually from July 10, 2010 until the judgment is satisfied;

3. Each and every claim made by defendant Johnson's Retail Operations, Inc. is dismissed with prejudice;

4. Sears, Roebuck and Co., may file a petition for an award of reasonable attorney fees and litigation expenses incurred in connection with its motion to confirm the arbitration award.

DATED this 9th day of August, 2010.

*/s/ Robert J Bryan*
Robert J Bryan
United States District Judge

ORDER - 2